UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Arbitration of Certain
Controversies Between

DOMINICK IQUINTO, as Union Trustee for the
ILA Local 976 Pension Fund,

                        Petitioner,

for an Order vacating or modifying an Arbitration
Award Pursuant to Section 7511 of the Civil Practice
Law and Rules,

                -and-

ROBERT GILDERSLEEVE and RAYMOND
CAVANAUGH, as Management Trustees for the
ILA Local 976 Pension Fund,

                       Respondents.
-------------------------------------------------------------X

**STATEMENT PURSUANT TO LOCAL CIVIL RULE 56.1**
**06-CV-04126(RMB)(JCF)**

       The petitioner makes the following statement pursuant to Local Civil Rule 56.1:

Statements as to Which There is a Genuine Issue of Material Fact Requiring Trial

1. Whether the respondents, when they voted to terminate the Local 976 Pension Plan, were authorized to act as trustees of the Plan. Piscino Affidavit.

Statements as to Which There is No Genuine Issue of Material Fact Requiring Trial

2. The trustees never deadlocked or submitted to the arbitrator the issues of whether the actuary should be paid a fee for the work he provided relating to the arbitration, whether the plan should be amended with respect to the participants of the Plan, and whether the Plan should be required to pay the attorneys' fees of a

Page 1 of 2.

party that either challenges the arbitration award or moves to confirm the award. Piscino Affidavit.

Dated: White Plains, New York
       August 31, 2006

                                           /s/Christopher A. Smith
                                           TRIVELLA, FORTE & SMITH, LLP
                                           By: Christopher Smith (CS 9014)
                                           Attorneys for the Petitioner
                                           1311 Mamaroneck Avenue, Suite 170,
                                           White Plains, New York 10605
                                           Tel. No. (914) 949 - 9075
                                           Fax No. (914) 949 – 4752

To:    Paul Montalbano, Esq., Attorney for the Respondents

Page 2 of 2.